UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 1:16-cv-24425

**Amanda Jones,**

    **Plaintiff,**

vs.

**Klewin Construction Inc,**

    **Defendants.**

_____/

### PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL AS TO DEFENDANTS KYLE C. KLEWIN, TYLER G. KLEWIN, AND SEAN COMPTON WITHOUT PREJUDICE

PLEASE TAKE NOTICE that Plaintiff, Amanda Jones, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) hereby voluntarily dismisses her claims as to Defendants KYLE C. KLEWIN, TYLER G. KLEWIN, AND SEAN COMPTON in the above-styled action without prejudice. Each party to bear its own costs and fees.

Dated December 8, 2016                            Respectfully submitted by,

                                                         s/Rainier Regueiro
                                                         Anthony M. Georges-Pierre, Esq.
                                                         Florida Bar No. 533637
                                                         Rainier Regueiro, Esq.
                                                         Florida bar No. 115578

                                                         REMER & GEORGES-PIERRE, PLLC
                                                         44 West Flagler St., Suite 2200
                                                         Miami, FL 33130
                                                         Telephone: 305-416-5000
                                                         Facsimile: 305-416-5005

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on December 8, 2016 I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

Klewin Construction Inc
Through its registered agent
NRAI Services Inc.
1200 South Pine Island Road
Plantation, FL 33324

                                              By: s/Rainier Regueiro
                                                  Anthony M. Georges-Pierre, Esq.
                                                  Florida Bar No.: 0533637
                                                  Rainier Regueiro, Esq.
                                                  Florida Bar No. 115578