United States District Court
for the
Southern District of Florida

| | |
|---|---|
| Amanda Jones, Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) Civil Action No. 16-24425-Civ-Scola |
| Klewin Construction, Inc. Kyle C. Klewin, Tyler G. Klewin, and Sean Compton, Defendants. | ) ) ) ) |

## Final Judgment

This action came on before the Court, on the granting of the Parties' Joint Stipulation for Consent Judgement in favor of Plaintiff and against Defendant, Klewin Construction, Inc., and Dismissal with Prejudice against Defendants, Kyle Klewin and Tyler Klewin, and pursuant to Fed. R. Civ. P. 54 and 58, the Court duly rendering its verdict,

It is **ordered and adjudged** that:

1. The Parties' February 13, 2017, Stipulation for Consent Judgment against Defendant, Klewin Construction, Inc., and Dismissal with Prejudice of Defendants Kyle Klewin and Tyler Klewin (**ECF No. 17**) is **granted**.
2. Final judgment is entered against Defendant, Klewin Construction Inc., and in favor of Plaintiff in the amount of seventeen thousand dollars ($17,000), inclusive of all costs, fees and claims for which sum let execution issue forthwith; interest shall accrue on this judgment pursuant to 28 U.S.C. § 1961.
3. Defendants, Kyle Klewin and Tyler Klewin are herein dismissed with prejudice.
4. The Court directs the Clerk to **close** this case. All pending motions are denied as moot and the hearing set for **February 28, 2017 at 8:30 a.m.** is **canceled.**

**Done and ordered** in chambers, at Miami, Florida, on February 21, 2017.

_____
Robert N. Scola, Jr.
United States District Judge